IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARRMON H. DAUGHERTY, | ) | 4:12CV3133 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DENZIN, OFC., 1622, HOSE, OFC., 1606, | ) | |
| and CITY OF LINCOLN, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Defendants' Motion to Extend Pretrial Deadlines. (Filing No. 77.) The Final Pretrial Conference in this matter, scheduled for November 14, 2013, is canceled. A separate progression order resetting the dates for the Final Pretrial Conference, and all associated deadlines, may be entered after the court resolves the pending Motions for Summary Judgment.

IT IS THEREFORE ORDERED that:

1. Defendants' Motion to Extend Pretrial Deadlines (filing no. 77) is granted.

2. The Clerk of the court is directed to cancel the Final Pretrial Conference in this matter that is currently scheduled for November 14, 2013. A separate progression order resetting the dates for the Final Pretrial Conference, and all associated deadlines, may be entered after the court resolves the pending Motions for Summary Judgment.

DATED this 9th day of September, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.